IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-03008-WYD-BNB

VICKI DILLARD,

Plaintiff,

v.

THE BANK OF NEW YORK, as Successor to JP Morgan Chase Bank

Defendants.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the plaintiff's **Motion to Withdraw Plaintiff's Preliminary-Immediate Injunctive Request Dated 6.11.10** [docket no. 27, filed June 21, 2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the plaintiff's Motion for a Preliminary-Immediate Injunction [Doc. #24] is DENIED AS WITHDRAWN.

DATED: June 22, 2010