IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-03008-WYD-BNB

VICKI DILLARD,

Plaintiff,

v.

THE BANK OF NEW YORK, as Successor to JP Morgan Chase Bank,

Defendant.

_____

**ORDER**
_____

This matter arises on:

(1)     **The Bank of New York's Motion to Dismiss** [Doc. # 18, filed 3/18/2010] (the "Motion to Dismiss") which seeks dismissal of the action for insufficiency of service of process; and

(2)     **Defendant's Status Report** [Doc. # 35, filed 12/21/2010].

The plaintiff has been granted leave to proceed *in forma pauperis* and has requested that service of process be made by the United States Marshal.  Response [Doc. # 21, filed 3/30/2010] at ¶13.  In view of these facts, the defendant has agreed to waive service of process and to withdraw the Motion to Dismiss.

IT IS ORDERED that the Motion to Dismiss [Doc. # 18] is DENIED without prejudice as withdrawn.

Dated December 21, 2010.

              BY THE COURT:

               s/ Boyd N. Boland
              United States Magistrate Judge