IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-03008-WYD-BNB

VICKI DILLARD,

Plaintiff,

v.

THE BANK OF NEW YORK, as Successor to JP Morgan Chase Bank,

Defendant.

_____

**ORDER**
_____

This matter arises on **Plaintiff's Motion to Strike Defendant's Response to Emergency Motion for Preliminary Injunctive Relief Pursuant to F.R.C.P. 12(F)** [Doc. #44, filed 01/07/2011] (the "Motion").  The Motion seeks an order striking the defendant's response to her motion for injunctive relief.  I did not rely on the defendant's response in my analysis of the plaintiff's injunction motion.

IT IS ORDERED that the Motion [Doc. # 44] is DENIED.

Dated May 9, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge